## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA GIBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-9-J |
| MARTIN O'MALLEY, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

In this action, Plaintiff seeks judicial review of the final decision of Defendant denying her application for benefits under the Social Security Act. The matter was referred to United States Magistrate Judge Shon T. Erwin under 28 U.S.C. § 636. On July 31, 2024, Judge Erwin issued a Report and Recommendation recommending Defendant's decision be reversed and remanded for further administrative proceedings and advising the parties of their right to file written objections by August 14, 2024. [Doc. No. 16]. Neither party filed an objection or sought an extension of time in which to do so and have waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 16] and REVERSES the decision of Defendant and REMANDS this matter for further administrative proceedings.

IT IS SO ORDERED this 15th day of August, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE